# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:24-cr-00056-HZ |
| v. | **INDICTMENT** |
| **EZEQUIEL HEDEDO RAMIREZ, JR.,** | **18 U.S.C. § 2113(a)** |
| **Defendant.** | **Forfeiture Allegation** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Bank Robbery)**
**(18 U.S.C. § 2113(a))**

On or about January 22, 2024, in the District of Oregon, defendant **EZEQUIEL HEDEDO RAMIREZ, JR.,** by intimidation, did knowingly and unlawfully take from the person or presence of Adult Victim 1, an employee of Oregonians Credit Union, located at 336 NE 20th Avenue, Portland, Oregon 97232, approximately $2,302 in United States currency that was in the care, custody, management, possession, or control of Oregonians Credit Union, whose deposits were then insured by the National Credit Union Administration;

In violation of Title 18, United States Code, Section 2113(a).

/ / /

/ / /

**FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations.

Dated: February 13, 2024

A TRUE BILL.



OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
NICHOLAS MEYERS, OSB #222743
Assistant United States Attorney